IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN and JOYCE LUCEY, JORGE CASTRO, SUSANA FERRO, CARLOS and MARIA GONZALEZ, KAREN MEREDITH, and GEORGE D. PATRIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 3:10-CV-30163-MAP<br><br>[■■■■■■■] ORDER CONSOLIDATING CASES  |

On consideration of the joint motion of all parties in *Lucey, et al. v. Prudential Insurance Company of America*, D. Mass. Case No. 3:10-30163; *Phillips, et al. v. Prudential Insurance Company of America, et al.*, D. N.J. Case No. 2:10-05735; *Witt, et al. v. Prudential Insurance Company of America, et al.*, D. N.J. Case No. 2:10-06077; and *Garrett v. Prudential Insurance Company of America, et al.*, D. N.J. Case No. 2:10-06835 (collectively, the "Four Related Actions"); and good cause appearing therefore, it is hereby ORDERED that the joint motion is GRANTED.

The Four Related Actions are hereby consolidated pursuant to Federal Rule of Civil Procedure 42(a) under this Court's docket number 3:11-md-02208-MAP. The consolidated cases shall be referred to collectively as *In re Prudential Insurance Company of America SGLI/VGLI Contract Litigation*, Master Case No. 3:11-md-02208-MAP, and all pleadings in these consolidated actions shall bear that caption.

IT IS SO ORDERED.

Dated: *March 21*, 2011

*/s/ Michael A. Ponsor*
HON. MICHAEL A. PONSOR
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and e-mail copies will be sent to all counsel of record in *Lucey, et al. v. Prudential Insurance Company of America*, D. Mass. Case No. 3:10-30163; *Phillips, et al. v. Prudential Insurance Company of America, et al.*, D. N.J. Case No. 2:10-05735; *Witt, et al. v. Prudential Insurance Company of America, et al.*, D. N.J. Case No. 2:10-06077; and *Garrett v. Prudential Insurance Company of America, et al.*, D. N.J. Case No. 2:10-06835 on March 11, 2011.

1

Dated: March 11, 2011

/s/ Michael von Loewenfeldt
Michael von Loewenfeldt (*pro hac vice*)
Jacqueline Scott Corley (MA Bar No. 560435)
Daniel A. Zaheer (*pro hac vice*)
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA 94105-1528
Tel: 415/371-8500
415/371-0500 (fax)